AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.  15-141 MAG |
| KATE MAJOR LOHAN | ) | |
|  | ) | |
|  | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2015__ in the parish of __Jefferson__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with flight crew members and attendants |

This criminal complaint is based on these facts:

see attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Crystal J. Bender, Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: __November 27, 2015__

_____
Judge's signature

City and state: __New Orleans, Louisiana__

Honorable Sally Shushan, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Crystal J. Bender, being duly sworn, do hereby depose and state:

I am a Special Agent (SA), with the Federal Bureau of Investigation (FBI), New Orleans, Louisiana, and have been so employed in that capacity since September, 2011. I am currently assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) and my duties include the investigation of bank robberies, fugitives, kidnappings, crimes aboard aircraft and crimes against children.

I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. This affidavit is made in support of a complaint against Kate Major Lohan, white female, born XX/XX/1982, for interfering with flight crew members and attendants in violation of Title 49, United States Code, Section 46504. Since this affidavit is submitted only for the limited purpose of securing an order to obtain a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the court order sought.

On Wednesday, November 25, 2015, Kate Major Lohan was a ticketed passenger on board JetBlue flight number 101 from Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida to Los Angeles International Airport in Los Angeles, California. During the taxi for takeoff from Fort Lauderdale, Lohan, who was seated in seat 12F, was asked by a flight attendant to bring her seat back forward. Lohan immediately became disruptive. The flight attendant asked Lohan if everything was ok and advised Lohan that they did not want to have to leave her in Fort Lauderdale at Thanksgiving. The flight attendant also gave Lohan water to help sober her up before they took off for Los Angeles.

Once the aircraft reached about 10,000 feet, the passenger seated next to Lohan pressed the flight attendant call button approximately three times. When the flight attendant responded, numerous passengers seated around Lohan advised that Lohan was making threats to another passenger.

A witness advised that Lohan appeared to be intoxicated or possibly under the influence of an unknown substance.  Lohan called the witness' wife a "bitch" and stated that she would "slit her throat."

The flight attendant advised Lohan that her behavior was unacceptable.  The flight attendant informed the Captain of the aircraft about the incident. Lohan was relocated to seat 1C in the front of the aircraft.  The Captain of the aircraft was then able to observe Lohan via the closed circuit television located in the cockpit.

Lohan then asked the flight attendant for a glass of wine. After the flight attendant refused to serve Lohan wine, Lohan began cursing at the flight attendant. Lohan also took photographs and videos of the flight attendant. The flight attendant continued to ask Lohan to calm down as they did not want to have to divert the flight on Thanksgiving.

Lohan then threw her cellular telephone at the flight attendant. The cellular telephone hit the aircraft wall, but ricocheted and hit the flight attendant. Lohan also threatened to stab the flight attendant.

Lohan then left her seat and tried to approach the flight attendant. However, the individual seated in the aisle seat next to Lohan, made her sit back down. The flight attendant felt threatened and wanted Lohan to be hand cuffed, but the individual seated in the aisle advised that he would make sure she did not leave her seat.

It was then decided that the flight would be diverted to Louis Armstrong New Orleans International Airport due to the threats and behavior of Lohan. The flight was initially scheduled to land in Los Angeles at 9:51 p.m., but due to the plane being diverted to New Orleans, the flight arrived at 11:05 p.m.

The term "special aircraft jurisdiction" of the United States includes a civil aircraft of the United States or another aircraft of the United States. JetBlue Airways flight 101, CA number N535JB was operating as a civil aircraft during the incident in question. The flight was scheduled to fly from Fort Lauderdale, Florida to Los Angeles, California. Lohan was onboard this aircraft in the "special aircraft jurisdiction" of the United States.

### Conclusion

Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that Lohan violated Title 49, United States Code, Section 46504, interference with flight crew members and attendants. Affiant swears that the above information is true and correct to the best of her knowledge.

Respectfully submitted,

*Crystal J. Bender*
Special Agent Crystal J. Bender
Federal Bureau of Investigation

Subscribed and sworn to before me, this 27 day of November, 2015.

_____
Honorable Sally Shushan
United States Magistrate Judge

3