UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | No. 16-062 |
| KATE LOHAN | * | SECTION "G"(2) |

## RECOMMENDATION

Considering the foregoing:

**IT IS RECOMMENDED** to the Bureau of Prisons that Kate Lohan be designated to either FPC Aliceville, Alabama, or FPC Marianna, Florida, for service of her sentence.

New Orleans, Louisiana this _____ day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE